UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

JASON TELLER

                          Plaintiff,                          **AFFIDAVIT OF SERVICE**

        vs.

DANIEL ELSTEIN, AND
TRASON ELM, LLC,                                   Civil Action No.: 5:21-cv-
                                                   00314-BKS-TWD

                          Defendants,

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
COUNTY OF ONONDAGA             )  ss.:

        F. Scott Molnar, being duly sworn, deposes and says:

        (1)     Deponent is not a party to the within action, is over 18 years of age and reside at Skaneateles, New York.

        (2)     That on the 22nd day of September, 2021, your deponent served the Notice of Motion to Dismiss under FRCP Rule 12(b)(6) together with Supporting Papers and Memorandum of Law dated September 22, 2021 upon counsel to the Plaintiff, Davidson Fink, LLP, electronically via the CM/ECF System and by hard copy via Federal Express to the attention of Richard N. Franco, Esq.

                                        _____
                                        F. Scott Molnar

Sworn to before me this
22nd day of September, 2021.

_____
Notary Public

                    JOHN R. BRENNAN
            NOTARY PUBLIC-STATE OF NEW YORK
                    No. 02BR4883409
              Qualified in Onondaga County
            Commission Expires December 29, 20__